| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
JESUS PENA-GAMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-000107-DAD-BAM-2 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING;  ORDER** |
| vs. | |
| JESUS PENA-GAMEZ, | Date:  April 4, 2022 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Christopher D. Baker, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Jesus Pena-Gamez, that the sentencing hearing currently scheduled in the above-captioned matters for March 14, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd, be continued to April 4, 2022, at 9:00 a.m.

On December 14, 2021, Mr. Pena-Gamez entered a guilty plea to Count 5 of the Indictment filed on April 22, 2021. *See* Dkt. #34, 20. At that time, the matter was set for sentencing on March 14, 2022. *See* Dkt. #34. The draft Presentence Investigation Report (PSR) was filed on January 31, 2022, and a final PSR were filed on February 23, 2022. *See* Dkt. #37.

The defense is requesting this continuance to obtain additional records and documents relevant for sentencing in this matter. The requested continuance is made with the intention of

conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. Additionally, the parties request that the due date for any formal objections to the PSR be modified so that any formal objections are to be filed on or before March 21, 2022. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 25, 2022            */s/ Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 25, 2022            */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JESUS PENA-GAMEZ

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, March 14, 2022, at 9:00 a.m. be continued to Monday, April 4, 2022, at 9:00 a.m. before the Honorable Dale A. Drozd. Any formal objections to the Presentence Investigation Report are to be filed on or by March 21, 2022.

IT IS SO ORDERED.

Dated:   **February 25, 2022**            _____
UNITED STATES DISTRICT JUDGE