PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00107-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| v. | DATE: April 4, 2022 |
| JESUS ADRIAN PENA-GAMEZ, | TIME: 9:00a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a sentencing hearing on April 4, 2022.

2. By this stipulation, the parties move to continue the sentencing hearing until April 18, 2022, or the Court's earliest convenience.

3. Good cause exists for this continuance. The Court originally scheduled the sentencing hearing for March 14, 2022. On February 25, 2022, the Court continued the sentencing hearing to April 4, 2022, based on the parties' stipulation and defendant's request for additional time to obtain records and documents he characterized as relevant for sentencing. Counsel for the government did not realize he had a preexisting hearing before Chief Judge Kimberly J. Mueller also scheduled for 9:00a.m.on April 4, 2022, in the matter of *United States of America v. Bryan R. Schweder* (Case No. 2:11-cr-00449-

1

KJM).

4. Accordingly, the parties request that the Court continue the sentencing hearing to April 18, 2022.

IT IS SO STIPULATED.

Dated:  March 2, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

 /s/  REED GRANTHAM
REED GRANTHAM
Counsel for defendant Jesus Adrian Pena-Gamez

**ORDER**

IT IS SO ORDERED.

Dated:   **March 15, 2022**

UNITED STATES DISTRICT JUDGE

2